HERBERT DANN, an Infant, by ASHER DANN, His Guardian ad Litem, Respondent, v. JOSEPH CAPPELLINO, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Application of SAMUEL KAUFMAN, Appellant, for a Peremptory Writ of Mandamus, to Be Directed to WILLIAM A. PRENDER-GAST, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

ANNIE LEAHY, Respondent, v. THE CITY AND COUNTY CONTRACT COMPANY, Appellant.— For the reasons stated in *Leahy* v. *New York, Westchester & Boston Railway Co.* · (decided herewith) (*post*, p. 907), we are of opinion that the plaintiff has no cause of action for damages done to property while the same was owned by her grantor. Judgment reversed, and complaint unanimously dismissed on the merits, with costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

ANNIE LEAHY, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— The action was not on contract for a breach of the covenant restricting the use of defendant's property, but for trespass on the easement created by the covenant imposing a uniform plan of improvement on the tract of land of which both plaintiff's and defendant's property are part. (*Landsberg* v. *Rosenwasser*, 124 App. Div. 559; *Silberman* v. *Uhrlaub*, 116 id. 869; *Davis* v. *McCarthy*, 131 id. 755; *Trustees* v. *Lynch*, 70 N. Y. 440; *Pappenheim* v. *M. E. R. Co.*, 128 id. 436; *Flynn* v. *N. Y., W. & B. R. Co.*, 218 id. 140.) But there is no warrant in law for awarding damages to the plaintiff for loss of rental to property while owned by her grantor. Judgment modified by deducting from the award for damages to rental value the amount of seventeen dollars per month for the period from September 27, 1911, to December 30, 1912, and interest thereon to November 5, 1914; and as so modified unanimously affirmed, with costs to the plaintiff. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred. Order to be settled before Mr. Justice Blackmar.

MILTON-ALVIN HOLDING COMPANY, INC., Respondent, v. MARY WILLIAMS, Appellant, and Others, Defendants.— Determination of Appellate Term affirmed, with costs, on the opinion of Callaghan, J. (Reported in 102 Misc. Rep. 117.) Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

GUSTAVE STRASSBURGER, Appellant, v. ROWLAND D. GOODMAN, Respondent.— Order modified so as to deny the relief awarded by subparagraphs a, b, d and e therein, and also the direction to state separately and number the causes of action contained in the complaint; there is but one cause of action pleaded, damages for breach of contract. As so modified, order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.